IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Thomas McIntyre,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>    Defendant, | No. CV-05-3865-PHX-MHM (BPV)<br><br>**ORDER** |

Plaintiff has filed a pro se civil rights complaint under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Bernardo P. Velasco who has issued a Report and Recommendation that recommends that the complaint and action should be dismissed without prejudice. (Doc. 8). Plaintiff has not filed written objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C). The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed. "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

**DISCUSSION**

The Magistrate Judge has recommended that the complaint and action should be dismissed without prejudice under Fed.R.Civ.P. 41(b) for failure to prosecute. As discussed

1  in the Report and Recommendation, docket entries dated December 12, 2005 and January 24
2  2006 show that mail sent to Plaintiff was returned as undeliverable. (Doc. 3 & 6). Following
3  the filing of the Report and Recommendation, another docket entry shows mail sent to
4  Plaintiff returned as undeliverable. (Doc. 9). Plaintiff has failed to keep the Court advised
5  of his current address and has failed to prosecute this case.

**Accordingly**,

**IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc. 8) as the Order of the Court.

**IT IS FURTHER ORDERED** that the complaint and action are dismissed without prejudice.

DATED this 7th day of June, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -